IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| TARENT BRYANT, | : | |
| Plaintiff, | : | |
| v. | : | Case No. 1:09-CV-53 (WLS) |
| TERRY DUFFEY, *et al.*, | : | |
| Defendants. | : | |

# ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge Claude W. Hicks, Jr. filed January 15, 2010. (Doc. 48). It is recommended that Plaintiff's motions seeking injunctive relief (Doc. 19; Doc. 27; Doc. 29; Doc. 32; Doc. 40), entry of default and/or default judgment (Doc. 31; Doc. 39; Doc. 44), and summary judgment (Doc. 33) be **DENIED**. No objection has been filed to date.

Upon full review and consideration of the record, the Court finds that said Report and Recommendation (Doc. 48) should be, and hereby is, **ACCEPTED, ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Plaintiff's Motions for Injunction (Doc. 19; Doc. 27; Doc. 29; Doc. 32; Doc. 40), Motions for Default Judgment (Doc. 31; Doc. 39; Doc. 44), and Motion Summary Judgment (Doc. 33) are **DENIED**.

**SO ORDERED**, this 9th day of February, 2010.

/s/ W. Louis Sands
**THE HONORABLE W. LOUIS SANDS,**
**UNITED STATES DISTRICT COURT**