**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

TARENT BRYANT, :
:
    Plaintiff, :
:
v. : Case No. 1:09-CV-53 (WLS)
:
TERRY DUFFEY, *et al.*, :
:
    Defendants. :
_____:

## ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge filed April 17, 2009. (Doc. 8). It is recommended that unidentified defendants titled "Mailroom Staff Members" and "Jane Doe" in Plaintiff's Complaint (Doc. 6) be **DISMISSED** as parties to the instant action. No objection has been filed to date.[1]

Upon full review and consideration of the record, the Court finds that said Report and Recommendation (Doc. 8) should be, and hereby is, **ACCEPTED, ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Defendants Mailroom Staff members and Jane Doe named in Plaintiff's Complaint (Doc. 6) are hereby **DISMISSED** as parties to the instant action.

**SO ORDERED**, this 30th day of April, 2010.

        /s/ W. Louis Sands
        **THE HONORABLE W. LOUIS SANDS,
        UNITED STATES DISTRICT COURT**

---

[1] Plaintiff filed motions to amend his complaint (Doc. 22; Doc. 28) wherein which he sought to add named defendants in place of "mailroom staff members" and "Jane Doe." On January 15, 2010, United States Magistrate Judge Hicks granted Plaintiff's motions to amend. (Doc. 47).

1