IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

TARENT BRYANT, :
:
    Plaintiff, :
:
v. : CASE NO: 1:09-cv-53 (WLS)
:
TERRY DUFFEY, *et al.*, :
:
    Defendants. :
_____ :

## ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge Thomas Q. Langstaff, filed February 2, 2011. (Doc. 111). It is recommended that Defendants Rigsby, Nathaniel Williams, Cleveland, Autry, Nobles, Cox, and Moses's Motion to Dismiss (Doc. 85) Plaintiff's 42 U.S.C. § 1983 claims (*see* Doc. 3) be granted. (Doc. 111 at 5).

The Report and Recommendation provided the Parties with fourteen (14) days[1] from the date of its service to file written objections to the recommendations therein. (*Id.*). The period for filing objections expired on Monday, February 21, 2011;[2] no objections have been filed to date. (*See* Docket).

In view of the absence of any such objection from the record of this case, the Court's consideration of the record of the case as a whole, and the Court's determination of the reasonableness of the findings of the Recommendation, United States Magistrate Judge Langstaff's February 2, 2011 Report and Recommendation (Doc. 111) is **ACCEPTED,**

---

[1] The Parties were given an additional three days because service was made by mail. *See* Fed. R. Civ. P. 6(d) (adding three days to specified period within which a party may act if service is made under Rule 5(b)(2)(C) by mailing process to a party's last known address).
[2] Because the actual deadline for filing objections—Saturday, February 19, 2011—fell on a weekend, the deadline was extended to Monday, February 21, 2011. *See* Fed. R. Civ. P. 6(a)(1)(C).

1

**ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein, together with the reasons stated and conclusions reached herein. Accordingly, Defendants Rigsby, Nathaniel Williams, Cleveland, Autry, Nobles, Cox, and Moses's Motion to Dismiss (Doc. 85) is **GRANTED**, and Plaintiff's Complaint (Doc. 3) is **DISMISSED**.

**SO ORDERED**, this  25th  day of February, 2011.

/s/ W. Louis Sands
**THE HONORABLE W. LOUIS SANDS,
UNITED STATES DISTRICT COURT**