IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| TARENT BRYANT, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO: 1:09-cv-53 (WLS) |
| | : | |
| TERRY DUFFEY, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

Before the Court is a Report and Recommendation from U.S. Magistrate Judge Thomas Q. Langstaff, filed November 16, 2011. (Doc. 146). It is recommended that Plaintiff's Motion for Summary Judgment (Doc. 114) be denied and that Defendants Duffy, Allen, Counselor Williams, and Railey's Motion to Dismiss (Doc. 140) Plaintiff's 42 U.S.C. § 1983 claims (*see* Docs. 3, 6, 22) be granted for failure to exhaust administrative remedies. (Doc. 146 at 6).

The Report and Recommendation provided the Parties with fourteen (14) days[1] from the date of its service to file written objections to the recommendations therein. (*Id.* at 6, 7). The period for filing objections expired on Monday, December 3, 2011;[2] no objections have been filed to date. (*See* Docket).

In view of the absence of any objections from the record of this case, the Court's consideration of the record of the case as a whole, and the Court's determination of the reasonableness of the findings of the Recommendation, U.S. Magistrate Judge Langstaff's

---

[1] The Parties were given an additional three days because service was made by mail. *See* Fed. R. Civ. P. 6(d) (adding three days to specified period within which a party may act if service is made under Rule 5(b)(2)(C) by mailing process to a party's last known address).
[2] Because the actual deadline for filing objections—Saturday, December 1, 2011—fell on a weekend, the deadline was extended to Monday, December 3, 2011. *See* Fed. R. Civ. P. 6(a)(1)(C).

2

November 16, 2011 Report and Recommendation (Doc. 146) is **ACCEPTED, ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Plaintiff's Motion for Summary Judgment (Doc. 114) is **DENIED**, and Defendants Duffy, Allen, Counselor Williams, and Railey's Motion to Dismiss (Doc. 140) is **GRANTED**. As there are no remaining Defendants in this case, Plaintiff's case is **DISMISSED** in its entirety.

**SO ORDERED**, the 21st day of December 2011.

/s/ W. Louis Sands
**HONORABLE W. LOUIS SANDS,
UNITED STATES DISTRICT COURT**